**RYDEX, LTD., Plaintiff–Appellant**

v.

**FORD MOTOR COMPANY, Mazda Motor of America, Inc. (doing business as Mazda North American Operations), Defendants–Cross Appellants**

**Toyota Motor Sales, U.S.A., Inc., Defendant–Cross Appellant**

**Nissan North America, Inc., Defendant–Cross Appellant**

**American Honda Motor Co., Inc., Subaru of America, Inc., Defendants.**

**Nos. 2013–1462, 2013–1463.**

United States Court of Appeals, Federal Circuit.

Feb. 18, 2015.

Stamatios Stamoulis, Stamoulis & Weinblatt LLC, Wilmington, DE, argued for plaintiff-appellant.

Dominic Francis Perella, Hogan Lovells U.S. LLP, Washington, DC, argued for defendant-cross appellants. Also represented by Jason R. Mudd, Erise IP, P.A., Overland Park, KS. Jeffrey Scott Patterson, Hartline Dacus Barger Dreyer LLP, Dallas, TX, for defendant-cross appellant Nissan North America, Inc. Eric W. Schweibenz, Oblon, Spivak, McClelland, Maier & Neustadt, LLP, Alexandria, VA, for plaintiff-cross appellant Toyota Motor Sales, U.S.A., Inc. Also represented by Richard D. Kelly, Robert Carter Mattson.

PROST, Chief Judge, MOORE and O'MALLEY, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**